in

**'Worthen Court'**

at

'Evo A. DeConcini U.S. Courthouse'

| | |
|---|---|
| i: a man; | Nature of case: claim |
| prosecutor | |
| | claim: trespass [forgery]; |
| _____ | |
| **Caitlin Day Watters:** | (verified) |
| Wrongdoer(s) | CV-19-548-TUC-LAB |

i, require: a 'court of record' ; 'trial by jury';

---

### claim: trespass [forgery]

i, a man claim:

- the wrongdoer(s) trespass upon my property;

- the causal agent of the trespass, comes by way of its use of a forged instrument;

- the trespass did and does harm and injury to my property;

- the commencement of the wrong and harm began on December 24, 2018;

- the wrong and harm continues to this day, November 12, 2019;

- i, require compensation for the initial and continual trespass upon my property;

- compensation due: Twenty million, Forty-Four thousand, Eight hundred dollars;

i, say here, and will verify in open court, that all herein be true

Dated 12th of November, 2019

James Worthen, Jr.

CLAIM: TRESPASS [FORGERY] - 1

James Worthen, Jr.
November 19th, 2019
8340 N. Thornydale Rd. #185
Tucson, AZ 85741



Brian, Greetings:

As i, a man, my lawful basis is that i require the use of this venue [Evo A. DeConcini U.S. Courthouse] to seat a jury in which i move my claim before;

Also to determine and/or render a verdict as to who has the lawful right to tender and/or administrate my property;

i say, attached is a copy of said claim;

i, require a case number for the attached copy of said claim and a returned copy;

i, will surrender the original copy of my claim to the jury;

Regards,
James Worthen, Jr.

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

Sent To: Caitlin Day Watters
Street and Apt. No., or PO Box No.: 32 North Stone Avenue
City, State, ZIP+4®: Tucson, AZ 85701-1412

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0160 0000 1945 3147

TUCSON AZ 85701
NOV 19 2019